UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS & SONS, INC., | NO. 2:07-cv-2185-MCE-KJM |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL CHRIS NIELSEN, LISA EVANS, HERBERT KEYSER, DONALD JOHNS, CHRISTOPHER DRAKE, | |
| Defendants. | |

----oo0oo----

The Court has received and reviewed Defendants' Ex Parte Application to continue the November 30, 2007 date presently set for the hearing on Plaintiff's Application for Preliminary Injunction in this matter, as well as Plaintiff's opposition thereto.

At the October 17, 2007 hearing date on Plaintiff's request for a temporary restraining order, this matter was put on an expedited discovery schedule so that a preliminary injunction could be properly considered by the Court on November 30, 2007.

1

1  The discovery cut-off date of November 9, 2007 established by the
2  Court was predicated on the representation, by Plaintiff's
3  counsel, that only "relatively brief depositions of the
4  defendants" would be required, along with only "nominal non-party
5  discovery" that counsel described as "very, very light."
6  (Transcript of October 17, 2007 hearing, 37:14-18, pertinent
7  portions of which are attached as Exhibit "N" to the Declaration
8  of Kenneth Mennemeier).

9      Contrary to these representations, Plaintiff's counsel in
10 fact noticed the depositions of all five defendants on as little
11 as two (2) business days notice, while at the same time including
12 forty-nine (49) separate document requests in conjunction with
13 each of those depositions.  In addition, Plaintiff's counsel
14 further propounded, also on Saturday, October 20, 2007, twenty-
15 two (22) different interrogatories on each of the five (5)
16 proposed deponents with a demand that those interrogatories be
17 answered by Tuesday, October 23, 2007.

18     Defense counsel Kenneth Mennemeier thereafter objected to
19 the timing of these requests as unreasonable, particularly in
20 light of ongoing litigation involving related A.G. Edwards cases,
21 including a FINRA arbitration in which counsel for both of the
22 present parties were also involved.  While Mr. Mennemeier
23 proposed the week of November 5 for depositions in this matter,
24 counsel for Plaintiff nonetheless proceeded to depose one witness
25 with knowledge that Mr. Mennemeier was involved in the related
26 arbitration and consequently could not attend.
27 ///
28 ///

Due both to the unanticipated volume of the discovery and the unnecessary tactics of Plaintiff's counsel as evidenced by the e-mails and correspondence between the parties, the Court finds good cause for continuing the hearing on Plaintiff's request for a preliminary injunction, as well as other related deadlines.  The hearing on said preliminary injunction will now be set for Friday, **January 11, 2008 at 9:00 a.m.**  Discovery is to be completed for purposes of the preliminary injunction by **December 14, 2007,** and simultaneous briefing is to be submitted to the Court not later than **January 7, 2008.**

While the Court GRANTS Defendants' application to the extent that the hearing date and associated deadlines are continued, it DENIES, without prejudice, Defendants' remaining requests that discovery be both circumscribed and stayed until after November 16, 2007.

IT IS SO ORDERED.

Dated: November 8, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE