1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   A.G. EDWARDS & SONS, INC.,

11          Plaintiff,                              No. CIV S-07-2185 MCE KJM

12          vs.

13   MICHAEL NIELSEN, et al.,

14          Defendants.                             ORDER

15   _____/

16          Plaintiff's motion to compel answers at deposition of defendant Nielsen is

17   pending before the court.  Upon hearing the arguments of counsel at telephonic conference on

18   November 7, 2007, upon review of the letter briefs in support and opposition, upon hearing the

19   arguments of counsel at telephonic conference on November 7, 2007, and good cause appearing

20   therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

21          1.  The objections raised by defendant on the grounds of relevance and trade

22   secrecy are overruled.

23          2.  The objection predicated on the privacy rights of current employees of plaintiff

24   is sustained to the extent defendant need not disclose the names of current employees.  Defendant

25   shall, however, answer questions pertaining to whether discussions between defendant and

26   current employees have occurred, the number of discussions involved if any, the timing of the

1

1   discussions, and the topics discussed.

2             3.  Defendant's request for further briefing on this matter is denied.

3   DATED:  November 16, 2007.

4

5                                                    _____

6                                                    U.S. MAGISTRATE JUDGE

7

8

9   006

    agedwards.lb.oah

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26