Cameron Stout, CASB NO. 117373
cameron.stout@kyl.com
Gordon C. Young, CASB NO. 158100
gordon.young@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Anthony Paduano
(*Pro Hac Vice*)
ap@pwlawyers.com
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099

Attorneys for Plaintiff
A.G. EDWARDS & SONS, INC.

MENNEMEIER, GLASSMAN & STROUD LLP
Kenneth C. Mennemeier (SBN: 113973)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011

Attorneys for Defendant
M. CHRIS NIELSEN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS & SONS, INC., | Case No. 2:07-cv-02185-MCE-KJM |
| Plaintiff, | STIPULATION AND ORDER TAKING JANUARY 11, 2008 HEARING ON PRELIMINARY INJUNCTION OFF CALENDAR AND STAY OF PROCEEDINGS PENDING OUTCOME OF FINRA ARBITRATION |
| vs. | |
| M. CHRIS NIELSEN, | |
| Defendant. | |

- 1 -                                   KYL_SF458715

STIPULATION AND [PROPOSED] ORDER TAKING JANUARY 11, 2008 HEARING ON
PRELIMINARY INJUNCTION OFF CALENDAR AND STAY OF PROCEEDINGS PENDING
OUTCOME OF FINRA ARBITRATION - Case No. C 07-02185 MCE KJM

1  Plaintiff A.G. EDWARDS & SONS, INC. ("Plaintiff") and remaining
2  Defendant M. CHRIS NIELSEN ("Defendant"), by and through their respective
3  counsel of record, stipulate and agree as follows:
4     1.   Plaintiff hereby withdraws its Motion for Preliminary
5  Injunction, and does so without prejudice but without the right to renew said
6  Motion.  Therefore, the Parties respectfully submit that the hearing on
7  Plaintiff's Motion, scheduled to take place on January 11, 2008 at 9:00 a.m.,
8  should be taken off calendar.
9     2.   The Parties respectfully ask that the Court stay this action
10 pending the outcome of the related FINRA arbitration proceedings (*A.G.
11 Edwards v. M. Chris Nielsen*, FINRA Case No. 07-02954).
12     IT IS SO STIPULATED.

DATED:  December 14, 2007     /s/ Gordon C. Young
                              GORDON C. YOUNG
                              KEESAL, YOUNG & LOGAN
                              Attorneys for Plaintiff
                              A.G. EDWARDS & SONS

                              DATED:  December 14, 2007
                              /s/ Kenneth C. Mennemeier
                              KENNETH C. MENNEMEIER
                              MENNEMEIER, GLASSMAN & STROUD
                              Attorneys for Defendant
                              M. CHRIS NIELSEN

     IT IS SO ORDERED.

DATED: December 18, 2007
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE

STI