UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

A.G. EDWARDS & SONS, INC.,          No. 2:07-cv-02185-MCE-KJM

      Plaintiff,

  v.                                  **NON RELATED CASE ORDER**

M. CHRIS NIELSEN,

      Defendant.
_____/

    The court has received the Notice of Related Cases filed June 16, 2010, concerning the above-captioned case and San Francisco Superior Court Case No. CPF-10-510489.  See Local Rule 123, E.D. Cal. (1997).  The court has determined, however, that it is inappropriate to relate the state court case to the instant case and therefore declines to do so.

    IT IS SO ORDERED.

Dated: July 8, 2010

                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

1