PALMER, LOMBARDI & DONOHUE LLP
DEVIN A. DONOHUE, SBN 190030
JEFFREY N. GOLDBERG, SBN 217555
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone:  (213) 688-0430
Fax:  (213) 688-0440

BALLARD & LITTLEFIELD LLP
Jack D. Ballard
3700 Buffalo Speedway, Suite 250
Houston, Texas  77098
Phone: (713) 403-6401
Fax: (713) 403-6410

Attorneys for Wells Fargo Advisors, LLC,
successor to Wachovia Securities, LLC
and A.G. Edwards & Sons, Inc.

MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
STEPHEN LAU (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: 916.553.4000
Facsimile: 916.553.4011
E-mail: kcm@mgslaw.com

Attorneys for M. Chris Nielsen

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS & SONS, INC., | Case No.  2:07-cv-02185 MCE KJM |
| Plaintiff, | **STIPULATION REGARDING STAY OF ACTION AND ORDER THEREON** |
| v. | |
| M. CHRIS NIELSEN, | |
| Defendant. | The Honorable Morrison C. England Jr. |

///

PDF created with pdfFactory trial version www.pdffactory.com

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Petitioner/Defendant M. Chris Nielsen and Respondent/Plaintiff A. G. Edwards & Sons, Inc., now known as Wells Fargo Advisors, Inc. file this Stipulation, as follows:

1. On May 21, 2010, M. Chris Nielsen filed a Motion to Confirm Arbitration Award in this proceeding, which was set for hearing on July 8, 2010.

2. On June 7, 2010, Wells Fargo Advisors, LLC filed a Petition to Vacate Arbitration Award against Mr. Nielsen and Stifel Nicolaus & Co., Inc. in California State Court, under Case No. CPF-10-510489 ("the State Court Action").

3. The parties in this case have agreed that the matter shall be stayed until the State Court Action, including any appeals there from, are fully completed and a final order or judgment is obtained in that case, or until such other time as the Court deems further proceeding in this action appropriate.

DATED: July 6, 2010            BALLARD & LITTLEFIELD, LLP


                               By: /s/ Jack D. Ballard
                                   JACK D. BALLARD
                                   MARY JO CANTU


                               PALMER, LOMBARDI & DONOHUE LLP


                               By /s/ Jeffrey N. Goldberg
                                   DEVIN A. DONOHUE
                                   JEFFREY N. GOLDBERG

                               Attorneys for Respondent A.G. Edwards & Sons, Inc., now known as Wells Fargo Advisors, LLC

                               MENNEMEIER, GLASSMAN & STROUD LLP


                               By /s/ Stephen Lau
                                   KENNETH C. MENNEMEIER
                                   STEPHEN LAU

                               Attorneys for Petitioner M. Chris Nielsen

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

PDF created with pdfFactory trial version www.pdffactory.com

During the pendency of this stay, the clerk shall administratively close this file.

**IT IS SO ORDERED.**

Dated: July 8, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

PDF created with pdfFactory trial version www.pdffactory.com