1  Devin A. Donohue, CASB NO. 190030
   Jeffrey N. Goldberg, CASB NO. 217555
2  PALMER, LOMBARDI & DONOHUE LLP
   515 South Flower Street, Suite 2100
3  Los Angeles, California 90017
   Phone:  213.688.0430
4  Fax:  213.688.0440
   E-mail: ddonahue@pldlawyers.com
5
   Jack D. Ballard (*pro hac vice*)
6  BALLARD & LITTLEFIELD LLP
   3700 Buffalo Speedway, Suite 250
7  Houston, Texas  77098
   Phone:  713.403.6400
8  Fax:  713.403.6410
   E-mail: jballard@ballardlawfirm.com
9
   Cameron Stout, CASB NO. 117373
10 Gordon C. Young, CASB NO. 158100
   KEESEL, YOUNG & LOGAN
11 A Professional Corporation
   450 Pacific Avenue
12 San Francisco, CA 94133
   Telephone: 415.398.6000
13 Facsimile: 415.981.0136
   E-mail: cameron.stout@kyl.com
14 E-mail: gordon.young@kyl.com

15 Anthony Paduano (*pro hac vice*)
   PADUANO & WEINTRAUB LLP
16 1251 Avenue of the Americas, Ninth Floor
   New York, NY 10020
17 Telephone: 212.785.9100
   Facsimile: 212.785.9099
18 E-mail: ap@pwlawyers.com

19 ATTORNEYS FOR PLAINTFF
   WELLS FARGO ADVISORS, LLC,
20 SUCCESSOR TO WACHOVIA SECURITIES, LLC
   AND A.G. EDWARDS & SONS, INC.
21
   Kenneth C. Mennemeier, CABN 113973
22 Stephen Lau, CABN 221051
   MENNEMEIER, GLASSMAN & STROUD LLP
23 980 9th Street, Suite 1700
   Sacramento, CA 95814
24 Telephone: 916.553.4000
   Facsimile: 916.553.4011
25 E-Mail: kcm@mgslaw.com

26 ATTORNEYS FOR DEFENDANT
   M. CHRIS NIELSEN

27

28

STIPULATION OF DISMISSAL UNDER FRCP 41(a)(2); ORDER THEREON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. G. EDWARDS & SONS, INC., ) | CASE NO: 2:07-cv-02185 MCE |
| Plaintiff, ) | **STIPULATION OF DISMISSAL WITH PREJUDUCE UNDER FRCP 41(a)(2); PROPOSED ORDER** |
| vs. ) | |
| M. CHRIS NIELSEN, ) | |
| Defendant. ) | The Honorable Morrison C. England, Jr. |

By and through their counsel of record, the parties present to the Court the following recitals and stipulation:

**Recitals**

1. On July 8, 2010, the Court stayed the above-captioned matter until an action between the parties in the Superior Court of the State of California in and for the City and County of San Francisco, denominated Superior Court Case No. CPF-10-510489 ("the State Court Action"), was fully adjudicated and a final order or judgment was obtained in the State Court Action. (Doc. #85)

2. The parties confirm that the State Court Action, including all appeals, has been fully and finally adjudicated.

3. The State Court Action resolved all the issues between the parties that the parties had presented in this action; therefore, this action can and should be dismissed, with prejudice.

**Stipulation**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate to dismissal of the entire action, with prejudice.

IT IS SO STIPULATED

Dated: April 27, 2012                            **BALLARD & LITTLEFIELD LLP**

By:     /s/ Jack D. Ballard
Jack D. Ballard, Attorneys for Plaintiff Wells Fargo Advisors, LLC, successor to Wachovia Securities, LLC and A.G. Edwards & Sons, Inc.

Dated: April 27, 2012                            **MENNEMEIER, GLASSMAN & STROUD LLP**

By:     /s/ Kenneth C. Mennemeier
Kenneth C. Mennemeier, Attorneys for Defendant M. Chris Nielsen

**Order**

Pursuant to the parties' stipulation and Rule 41(a)(2) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: May 1, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL UNDER FRCP 41(a)(2); ORDER THEREON